UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Walter Avelar, Julio Castro, Edwin Guevara, Ruben Guevara, Jorge Mojica, Jamie Reyes, Nelson Rios, Alexander Alfaro and Daniel Mejia, Individually and on behalf of those similarly situated.<br><br>                                         Plaintiffs,<br>                    v.<br>John Armato, Yvette Armato a/k/a Yvette Bahamonde, Tuscany Marble and Granite, Inc.<br><br>                                         Defendants. | Civil Action No.21-cv-03843 GRB-ST<br><br>**NOTICE OF APPEARANCE** |

To:     The Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned, Vito A. Palmieri, Esq. of Palmieri Law, P.C., is admitted or otherwise authorized to practice in this Court, and hereby appears for Plaintiffs in the above-captioned action.

Dated: Mineola, New York
            September 22, 2021

                                            By:/s/ *Vito A. Palmieri*
                                                Vito A. Palmieri, Esq.
                                                Palmieri Law PC
                                                *Attorney(s) for Defendants*
                                                250 Mineola Boulevard
                                                Mineola, New York 11501
                                                Telephone:     (516) 248-9595
                                                Facsimile:       (516) 248-7897
                                                Email:             Vpalmieri@pallawny.com