UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Walter Avelar, Julio Castro, Edwin Guevara, Ruben Guevara, Jorge Mojica, Jamie Reyes, Nelson Rios, Alexander Alfaro and Daniel Mejia, Individually and on behalf of those similarly situated.

                Plaintiffs,

v.

John Armato, Yvette Armato a/k/a Yvette Bahamonde, Tuscany Marble and Granite, Inc.

                Defendants.

Civil Action No. 21-cv-0384 GRB-ST

STIPULATION

---

The undersigned parties stipulate that the time to answer or otherwise move with regard to the Complaint in this proceeding, for Defendants John Armato, Yvette Armato a/k/a Yvette Bahamonde, Tuscany Marble and Granite, Inc., is hereby extended through and including October 22, 2021.

Dated: Mineola, New York
       September 22, 2021

**The Marlborough Law Firm PC**
*Attorneys for Plaintiffs*

By: _____
Christopher Marlborough, Esq.
445 Broad Hollow Road, Ste 400
Melville, NY 11747
(212) 991-8960

**Palmieri Law P.C.**
*Attorneys for Defendants*

By: _____
Vito Palmieri, Esq., President
250 Mineola Boulevard
Mineola, New York 11501
(516) 248-9595

Dated: Mineola, New York
       September 22, 2021